HOMER QUINCE, PETITIONER-RESPONDENT, v. MAGOR CAR CORPORATION, RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Messrs. Koribanics & Koribanics* and *Mr Steven Koribanics* for the respondent.

May 27, 1963.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CARMINE PIRONE, DEFENDANT-PETITIONER.

See same case below: 78 *N. J. Super.* 158.

*Mr. Michael G. Commervale* for the petitioner.

*Mr. James A. Tumulty, Jr.,* and *Mr. William A. O'Brien* for the respondent.

May 27, 1963.   Denied.